**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LEONARDO MATERNO MATOS,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02323-DB** |
| | § | |
| **WARDEN**, *ERO El Paso Camp East Montana*, | § | |
| | § | |
| **Respondent.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On September 9, 2026, Petitioner Leonardo Materno Matos ("Petitioner") filed a "Petition for a Writ of Habeas Corpus Under 28 U.S.C § 2241" ("Petition"). ECF No. 1. Petitioner is a Cuban national currently detained at the Camp East Montana detention facility in El Paso, Texas in the Western District of Texas. ECF No. 1 at 1. Petitioner argues his detention is unlawful and asks the court to order his release. *Id.* at 2, 16. On September 18, 2026, Respondents filed a Response. ECF No. 5. Therein, Respondents assert that Petitioner is being detained pursuant to § 1231(a)(6) due to an administratively final order of removal on July 24, 2001. *Id.* at 1–2. At this time, the Court requires further information before resolving the merits of the instant petition.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL FILE** supplemental briefing, **within three (3) days of the instant Order**, directly answering the following:

1) Since Petitioner's administratively final order of removal on July 24, 2001, how long, cumulatively, has Petitioner been held in immigration detention since he was ordered removed? Provide dates.

2) Explain the chronology following (1) Petitioner's May 8, 1998 conviction carrying 15 years' incarceration, and (2) Petitioner being released under an Order of Supervision on April 6, 2004. *See* ECF No. 5 at 2.

3) Has there been any update from the International Operations Division regarding Petitioner's nomination for removal? *See* ECF No. 5 at 2–3.

4) Have Respondents designated a different third country for removal other than those listed in the Response?

SIGNED this 29th day of September, 2026.

**For DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**